UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Denson International Limited, ) | Civil File No.: 12-CV-03109-DSD-JSM |
| ) | |
| Plaintiff, ) | |
| vs. ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT** |
| Liberty Diversified International, Inc., ) | |
| d/b/a Safco Products Company, ) | |
| ) | |
| Defendant. ) | |

TO: Defendant Liberty Diversified International, Inc., d/b/a Safco Products Company, and its attorney, Meghan E. DesLauriers, Esq., Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and other applicable law, Plaintiff Denson International Limited moves this Court to grant Plaintiff's Motion for Summary Judgment. Plaintiff's motion will be brought based upon the pleadings, all of the files, records, and proceedings herein, and Plaintiff's Memorandum of Law and supporting declarations, which will be served and filed pursuant to the applicable rules of practice.

Date: March 18, 2015   WINTHROP & WEINSTINE, P.A.

By   s/Tiffany A. Blofield
Craig S. Krummen #0259081
Tiffany A. Blofield #0237279
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel (612)604-6400 | Fax (612)604-6800
ckrummen@winthrop.com
tblofield@winthrop.com

*Attorneys for Plaintiff*
*Denson International Limited*

10150783v1