UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Denson International Limited, | Civil File No. 12-CV-03109-DSD-JSM |
| Plaintiff/Counter-Defendant, | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Liberty Diversified International, Inc., | |
| Defendant/Counter-Plaintiff. | |

---

TO: Plaintiff/Counter-Defendant Denson International Limited and its attorneys Craig S. Krummen and Tiffany A. Blofield, Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and other applicable law, Defendant Liberty Diversified International, Inc. moves this Court for summary judgment on all of Plaintiff Denson International Limited's claims. The Motion is based upon the pleadings, all of the files, records, and proceedings herein, and a Memorandum of Law and supporting declarations, which will be served and filed pursuant to the Court's Third Amended Pretrial Scheduling Order.

Dated: April 14, 2015

Dorsey & Whitney LLP

By Meghan L. DesLauriers
   William R. Stoeri #140880
   stoeri.bill@dorsey.com
   Meghan Lind DesLauriers #389034
   deslauriers.meghan@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Defendant Liberty Diversified International, Inc.*