UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Denson International Limited, | Civil File No.: 12-CV-03109-DSD-JSM |
| Plaintiff, | **DENSON'S *DAUBERT* MOTION TO STRIKE EXPERT** |
| vs. | |
| Liberty Diversified International, Inc., d/b/a Safco Products Company, | |
| Defendant. | |

Plaintiff Denson International Limited ("Denson") hereby moves this Court for an Order pursuant to Rules 104(a), 702 and 704 of the Federal Rules of Evidence, granting Denson's *Daubert* motion to strike expert.

Plaintiff Denson's motion is based upon the file, record, pleadings, arguments of counsel, and memorandum of law filed with this motion.

Date: May 29, 2015

WINTHROP & WEINSTINE, P.A.

By   s/Tiffany A. Blofield
      Craig S. Krummen #0259081
      Tiffany A. Blofield #0237279
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel (612) 604-6400 | Fax (612) 604-6800
ckrummen@winthrop.com
tblofield@winthrop.com

*Attorneys for Plaintiff
Denson International Limited*

10429613v1